| AO-10 Rev. 1/2001 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2000 | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App., §§101-111) |
|---|---|---|

| 1. Person Reporting *(Last name, first, middle initial)* SMITH, D. Brooks | 2. Court or Organization United States District Court for the Western District of Pennsylvania | 3. Date of Report 9/18/01 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States District Judge-Active | 5. ReportType (check appropriate type) X Nomination, Date 9/10/01 ___ Initial ___ Annual ___ Final | 6. Reporting Period 1/1/00 – 9/17/01 |
|---|---|---|

| 7. Chambers or Office Address United States District Court 319 Washington Street – Room 104 Johnstown, PA 15901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Trustee | Saint Francis College, Loretto, PA (now known as Saint Francis University) |
| 2 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [ ] NONE (No reportable non-investment income.) | | |
| 1 2000 | Keystone Financial – Vice President, Commercial Lending Salary (S) | $ |
| 2 2001 | M & T Bank – Vice President, Commercial Lending Salary (S) | $ |
| 3 2001 | Promistar Bank – Vice President, Commercial Lending Salary (S) | $ |
| 4 | | $ |
| 5 | | $ |

## V ~ REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*tudes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Dickinson School of Law | April 6, 2000 – Carlisle, PA – Annual Seniors Dinner (hotel and dinner) |
| George Mason University – Law and Economics Center | May 5-12, 2000 – Tucson, AR – Law & Economics Institute (travel, housing and food) |
| Allegheny County Bar Association | June 15-16, 2000 – Champion, PA – Bench/Bar Conference (hotel and food) |
| USAID (East/West Management Institute) | July 5-15, 2000 – Sofia and Varna, Bulgaria – Two (2) Workshops on Judicial Ethics (Travel, housing and per diem for food, etc.) |
| USAID (East/West Management Institute) | October 19-26, 2000 – Sofia and Hissaria, Bulgaria – Two (2) Workshops on Intellectual Property Rights (travel, housing and per diem for food, etc.) |
| ABA/CEELI (American Bar Association Central and East European Law Initiative) | May 10-18, 2001 – Chelyabinsk & Moscow, Russia – Criminal Procedure Workshop (travel, housing and food) |
| Allegheny County Bar Association | June 14-16, 2001 – Champion, PA – Bench/Bar Conference (hotel and food) |

## . GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## [. LIABILITIES. *(Includes those of spouse and dependent children  See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☒ NONE (No reportable liabilities.) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | | | |
| | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more | | P2=$5,000,001-$25,000,000 | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, D. Brooks | 9/18/01 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div. rent or int) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy sell merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| Governor Prime Money Mkt (S) 1,5 | A | int. | J | T | | | | | |
| Governor Prime Money Mkt 2,5 | A | int. | J | T | | | | | |
| Governor Aggressive Growth Fd. (S) 1,6 | A | div. | J | T | | | | | |
| Governor Established Growth Fd. (S) 1,7 | A | div. | J | T | | | | | |
| Governor Lifestyle Growth Fd. 2,8 | A | int./ div. | J | T | | | | | |
| Governor Municipal Bond Fd (J) 9 | A | int. | J | T | Sell | 4/23/01 | J | A | |
| Keystone Financial Inc. (J) 3 (common) | C | div. | | | Sell | 10/1/00 | K | D | |
| Keystone Financial Inc. (S) 1,3 (common) | B | div. | J | T | Buy | 2/2/00 | J | | |
| KP Miller Realty (LP) 2 | A | div. | J | W | | | | | |
| M&T Bank (J) (common) | B | div. | L | T | Merger | 10/1/00 | L | | |
| Master's Select Equity Fd. (S) 1 | A | div. | J | T | | | | | |
| Mid-State Bank (now Keystone/M&T) 401K(S) | E | div./ int. | M | T | | | | | |
| Promistar Bank (S) (common) 1 | A | div. | J | T | Buy | 5/15/01 | J | | |
| Promistar Bank (J) (svgs) | A | int. | J | T | opened Account | 3/22/01 | J | | |
| Promistar Bank (J) (cking) | A | int. | J | T | Opened Account | 3/22/01 | J | | |
| Promistar Bank (S) svgs | A | int. | J | T | Opened Account | 8/24/01 | J | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1,D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## V  Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 17 Promistar Bank 401K (S) | A | div./ int. | J | T | Opened 7/1/01 | | J | | |
| 18 Raymond James IRA4 | A | div./ int. | J | T | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, D. Brooks | 9/18/01 |

## Iᵥ ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Held in spouse's self-directed M&T Securities (formerly Keystone Brokerage) IRA

Held in self-directed M&T Securities (formerly Keystone Brokerage) IRA

Keystone Financial completed a merger with M&T Bank on October 1, forcing sale of a portion of position

Custodian SEI Trust Co. - All investment decisions are made by Raymond James/SEI, and investor is not advised as to named funds bought and sold in any period; monthly statements list only generic categories, e.g. "large cap value fund." Essentially, investor purchases Raymond James/SEI product which is itself akin to a mutual fund.

Name changed 1/01 to Vision Institutional Money Market Fund

Name changed 1/01 to Vision Small Cap Stock Class A

Name changed 1/01 to Vision Large Cap Core Class A

Name changed 1/01 to Vision Managed Aggressive Growth A

Name changed 1/01 to Vision Muni Income Fund

## . CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is urate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met ·licable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in ipliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

nature _____ Date _September 18, 2001_

TE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE BJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 13 | 075 | 32 | Notes payable to banks-secured by residence | 20 | 000 | 00 |
| U.S. Government securities-add schedule | | | 00 | Notes payable to banks-unsecured | | | 00 |
| Listed securities-add schedule (M & T Bank stock 1,317.77 shares @ $64.95/sh.) | 85 | 589 | 16 | Notes payable to relatives | | | 00 |
| Unlisted securities--add schedule | | | 00 | Notes payable to others | | | 00 |
| Accounts and notes receivable: | | | 00 | Accounts and bills due | | | 00 |
| Due from relatives and friends | | | 00 | Unpaid income tax | | | 00 |
| Due from others | | | 00 | Other unpaid income and interest | | | 00 |
| Doubtful | | | 00 | Real estate mortgages payable-add schedule | | | 00 |
| Real estate owned-add schedule (Residence) | 225 | 000 | 00 | Chattel mortgages and other liens payable | | | 00 |
| Real estate mortgages receivable | | | 00 | Other debts-itemize: | | | 00 |
| Autos and other personal property | 50 | 000 | 00 | | | | |
| Cash value-life insurance | 85 | 407 | 11 | | | | |
| Other assets itemize:401(K) KHS | 151 | 606 | 06 | | | | |
| IRA - KHS (See Attachment "D") | 30 | 891 | 47 | | | | |
| IRA - DBS (See Attachment "D") | 47 | 232 | 18 | | | | |
| IRA - DBS (See Attachment "D") | 42 | 079 | 10 | Total liabilities | 20 | 000 | 00 |
| Govt. Thrift Plan - DBS | 144 | 921 | 48 | Net Worth | 855 | 801 | 88 |
| Total Assets | 875 | 801 | 88 | Total liabilities and net worth | 875 | 801 | 88 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | 00 | Are any assets pledged? (Add schedule) | No | | |
| ...ses or contracts (vehicle ...) $405.88 x 24 pyts | 9 | 741 | 12 | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | 00 | Have you ever taken bankruptcy? | No | | |